# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| LEGENA M. BROWN, | : |
| Plaintiff, | : |
| v. | : Case No. 4:25-cv-41-CDL-AGH |
| MARSHA STARLING, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Before the Court are several motions, as well as competing discovery deadlines, and a mix of parties proceeding *pro se* and represented by counsel. Consequently, to facilitate the timely and efficient resolution of Plaintiff's claims, the Court will hold an in-person hearing on May 20, 2025 at 2:00 p.m. to address the timing of discovery, the filing of dispositive motions, and any current defaults by Defendants. The parties shall come to the hearing prepared to discuss their pending motions (ECF Nos. 21, 22, 28, 32, 33, 34, 35), proposed discovery timelines, and whether any Defendant is currently in default.

**SO ORDERED**, this 17th day of April, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE