IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LEGENA M. BROWN,                    *

    Plaintiff,                      *

vs.                                 *
                          CASE NO. 4:25-CV-41 (CDL)
STANLEY KIMBLE, *et al.*,           *

    Defendants.                     *

_____

O R D E R

The Court previously ordered Plaintiff to show cause why her claims under 42 U.S.C. § 1983 against Stanley Kimble, Alva Erkins, Mark Owens, Jr., and Ava Jackson-Davis should not be dismissed because she did not plausibly allege any facts suggesting that they acted under color of state law. The Court warned Plaintiff that failure to show cause would result in dismissal `of her § 1983 claims against these Defendants. Plaintiff did not respond to the Court's show cause order. The Court finds that Plaintiff did not plausibly allege § 1983 claims against Kimble, Erkins, Owens, or Jackson-Davis. Accordingly, the Court dismisses Plaintiff's § 1983 claims against those Defendants.

The now-dismissed § 1983 claims are the only claims over which the Court had original jurisdiction. To the extent that Plaintiff attempted to assert any state law claims against

Kimble, Erkins, Owens, and Jackson-Davis, the Court declines to exercise supplemental jurisdiction over those claims, which are dismissed without prejudice.  *See* 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED, this 2nd day of June, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2